**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| | Chapter 11 |
| Debtor. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | Adversary Proceeding No. 22-01015 |
| v. | |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al., | |
| Defendants. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on August 18, 2022, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or "**Archdiocese**") filed its *Motion to Dismiss First Amended Complaint for Declaratory Relief* [Adv. Doc. 80] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **October 17, 2022, at 1:30 p.m. Central Time**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to General Order 2021-2, parties in interest and their counsel may attend the hearing either **IN PERSON**, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or **VIA TELEPHONE**. The dial-in information for Section A is 1-888-684-8852; Access Code 9318283.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

Dated: August 18, 2022

Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on August 18, 2022 via electronic filing upon the following:

**Counsel for the Archdiocese**
Mark Mintz
mmintz@joneswalker.com

Samantha A. Oppenheim
soppenheim@joneswalker.com

**Counsel for the Non-Debtor Defendants**
Douglas S. Draper
ddraper@hellerdraper.com

**Counsel for the Committee**
Andrew William Caine
acaine@pszjlaw.com

Bradley C. Knapp
bknapp@lockelord.com

*/s/ Mark A. Mintz*
Mark A. Mintz