UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § § § § § § § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | | Section "A" |
| | | Chapter 11 |
| Debtor.[1] | | |

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | |
| v. | Adversary Proceeding no. 22-01015 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al., | |
| Defendants | |

**NOTICE OF HEARING ON THE
MOTION TO DISMISS COMMITTEE'S
FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF**

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

{00378613-1}

1

**NOTICE IS GIVEN** that the Non-Debtor Affiliates,[2] filed the *Motion to Dismiss Committee's First Amended Complaint for Declaratory Relief* (the "Motion") [Dkt. # 82].

The Motion is attached and is on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court at the address set forth below, or may be obtained via the Court's website at www.laeb.uscourts.gov, or upon written request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **October 17, 2022 at 1:00 p.m.** before the Honorable, Meredith S. Grabill, United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras, Room B-709, New Orleans, Louisiana 70130. All individuals attending in-person hearings in this Court must adhere to applicable General Order 2021-2 and Amended Covid-19 restrictions for EDLA Building Access-USDC General Order Nor. 21-17 issued by the United States District Court governing conduct and safety protocols required to enter the federal building located at 500 Poydras Street, New Orleans, Louisiana. Those Orders can be found at: https://www.laed.uscourts.gov/ or : https://www.laeb.uscourts.gov/ parties may participate in the hearing by either: a) Attending **IN PERSON** at the U.S. Bankruptcy Court Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana 70130; OR b) Participation by **Teleconference line, 1-888-684-8852; Access Code 9318283**.

---

[2] The Non-Debtor Affiliates are defined as: Philmat Inc.; Second Harvest Food Bank of Greater New Orleans and Acadiana; the Society for the Propagation of the Faith, Archdiocese of New Orleans; Catholic Community Foundation Archdiocese of New Orleans; Christopher Homes, Inc.; Catholic Charities Archdiocese of New Orleans; Notre Dame Seminary; New Orleans Archdiocesan Cemeteries; School Food and Nutrition Services of New Orleans, Inc.; St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana; Immaculate Conception Roman Catholic Church, Marrero, Louisiana; St. Peters Roman Catholic Church Covington, Louisiana; Most Holy Name of Jesus Roman Catholic, New Orleans, Louisiana; Divine Mercy Roman Catholic Church, Kenner, Louisiana; Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana; St. Cletus Roman Catholic Church, Gretna, Louisiana; Notre Dame Health System (f/k/a Chateau de Notre Dame); Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana; St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana; St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana; Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana; Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana; St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana; Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana; St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana; and St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana.

{00378613-1}

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be made in writing, and filed with the Clerk of Court, United States Bankruptcy Court, Eastern District of Louisiana **no later seven (7) days before the hearing** (the "*Response Deadline*"). If no response to the Motion is filed on or before the Response Deadline, the Bankruptcy Court may grant the relief sought in the Motion without further notice or the necessity of a hearing.

Dated: August 18, 2022

Respectfully submitted,

*/s/ Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Michael E. Landis, La. Bar No. 36542
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
E-mail:ddraper@hellerdraper.com
E-mail:lcollins@hellerdraper.com
E-mail: mlandis@hellerdraper.com

*Attorneys for the Non-Debtor Affiliates*
*(a/k/a the Apostolates)*

# CERTIFICATE OF SERVICE

I, Douglas S. Draper, certify that on August 18, 2022, the above was served upon all parties of record through the Court's electronic filing service as follows:

**Counsel for the Plaintiff**

Andrew William Caine
acaine@pszjlaw.com

Bradley C. Knapp
bknapp@lockelord.com

**Counsel for the Non-Debtor Defendants**

Douglas S. Draper
ddraper@hellerdraper.com

**Counsel for Defendant, The Roman Catholic Church of the Archdiocese of New Orleans**

Mark Mintz
mmintz@joneswalker.com

*/s/ Douglas S. Draper*
Douglas S. Draper